IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | | |
|---|---|---|---|
| ELAINE KERN, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 20 L 2129 |
| | ) | | |
| DZAVAD KRSO and | ) | | |
| BLUESTAR SERVICES LLC, | ) | | |
| | ) | | |
| Defendants. | ) | | |

### ORDER

This cause coming to be heard on Plaintiff's Emergency Motion Appoint Special Process Server and Conduct Limited Preliminary Discovery, due notice been given, and the Court being fully advised on the premises;

IT IS HEREBY ORDERED:

Plaintiff's Motion to Appoint Special Process Server is hereby GRANTED. UNITED PROCESSING, INC., (License No. 117-001101) is hereby appointed Special Process Server to serve Summons on Defendant, BLUESTAR SERVICES LLC. Plaintiff is granted leave to conduct limited preliminary discovery in this matter.

CAVANAGH LAW GROUP          ENTERED: _____
161 N. Clark Street
Suite 2070
Chicago, IL 60601           JUDGE: _____
(312) 425-1900
spk@CavanaghLawGroup.com
Firm I.D. 45381



Associate Judge Melissa A. Durkin
FEB 24 2020
Circuit Court-2110



PLAINTIFF'S EXHIBIT 3